**Order filed November 19, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00587-CR
_____

### THE STATE OF TEXAS, Appellant

### V.

### JOSE M. HUERTA, Appellee

**On Appeal from County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 2222489**

## O R D E R

The State's brief was due November 12, 2020. No brief or motion to extend time has been filed. If the State does not file a brief by **December 14, 2020**, we will dismiss the appeal for want of prosecution. *State v. Bissing*, 169 S.W.3d 729, 730 (Tex. App.—Waco 2005, no pet.); *State v. Garza*, 88 S.W.3d 353, 354–55 (Tex. App.—San Antonio 2002, no pet.) (per curiam); *State v. Palacios*, 968 S.W.2d 467, 468 (Tex. App.—Fort Worth 1998, no pet.) (per curiam).

PER CURIAM

Panel consists of Justices Christopher, Wise, and Hassan.